**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00258-CV

## SHIELDS LIMITED PARTNERSHIP, Appellant

## V.

## BOO NATHANIEL BRADBERRY, ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00541-E**

## ORDER

We **GRANT** the May 28, 2014 motion of Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **June 30, 2014**.

/s/  ADA BROWN
    JUSTICE